# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VICTOR RODAS,** | Case No. 2:11-cv-00209-JAM -DAD |
| Plaintiff, | |
| vs. | **ORDER** |
| **CREDITORS SPECIALTY SERVICE, INC., CHARLES & STANLEY,** | |
| Defendants. | |

IT IS HEREBY ORDERED that the Plaintiff's counsel's request to appear telephonically at the hearing on Plaintiff's Motion to Amend the Complaint on September 21, 2011, is hereby granted.

Dated this 6th day of September, 2011.

/s/ John A. Mendez
The Honorable John A. Mendez

PDF created with pdfFactory trial version www.pdffactory.com