IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

VICTOR RODAS,

          Plaintiff,

v.                                                                  No. 2:11-cv-00209-JAM-DAD

CREDITORS SPECIALTY SERVICE, INC. and                 ORDER
CHARLES STANLEY,

          Defendants.

IT IS HEREBY ORDERED that the parties Stipulation to Amend Scheduling Order dates as below hereby granted:

1. Discovery Cutoff: 6/22/12;
2. Dispositive motion filing: 8/8/12;
3. Dispositive motion hearing: 9/5/12 at 9:30 a.m.
4. Joint pretrial statement due: 10/3/12;
5. Pretrial conference: 10/10/12 at 4:00 p.m.; and
6. Jury trial 11/26/12 @ 9:00 a.m.

Dated this 27th day of March, 2012.

/s/ John A. Mendez
U.S. District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com