UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR RODAS, | No. 2:11-cv-0209 JAM DAD |
| Plaintiff, | |
| v. | ORDER |
| CREDITORS SPECIALTY SERVICE, INC., et al., | |
| Defendants. | |

This matter came before the undersigned on January 10, 2014, for hearing of plaintiff's motion to compel. Attorney David M. Marco appeared telephonically on behalf of the plaintiff. No appearance was made by, or on behalf of, the defendants.

Upon consideration of the arguments on file and at the hearing, and for the reasons set forth on the record at the hearing, IT IS HEREBY ORDERED that:

1. Plaintiff's unopposed November 14, 2013 motion to compel post-judgment discovery, (Dkt. No. 63), pursuant to the judgment entered on January 10, 2014, (Dkt. No. 66), is granted; and

/////

/////

/////

1

      2. Defendant Creditors Specialty Service, Inc., shall respond to plaintiff's post-judgment discovery requests within fourteen days of the date of this order.[1]

Dated: January 13, 2014

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.civil\rodas0209.oah.011014

---

[1] Judgment has been entered in this action pursuant to plaintiff's filing of a Notice of Acceptance of Offer of Judgment. (Dkt. No. 66.) Pursuant to that Offer of Judgment, judgment was entered "against CREDITORS SPECIALTY SERVICE, INC., alone." (Dkt. No. 48-1.)