UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR RODAS, | No. 2:11-cv-0209 JAM DAD |
| Plaintiff, | |
| v. | ORDER |
| CREDITORS SPECIALTY SERVICE, INC., et al., | |
| Defendants. | |

This matter came before the undersigned on April 18, 2014, for hearing of plaintiff's motion to show cause. Attorney David M. Marco appeared telephonically on behalf of the plaintiff and attorney Neil Evans appeared telephonically on behalf of the defendant.

Upon consideration of the arguments on file and at the hearing, and for the reasons set forth on the record at the hearing, IT IS HEREBY ORDERED that:

    1. Plaintiff's March 7, 2014 motion to show cause (Dkt. No. 68) is denied without prejudice as having been rendered moot by defendant's untimely production of post-judgment discovery responses;

    2. Plaintiff's March 7, 2014 motion to show cause is denied without prejudice to plaintiff filing a motion to compel further responses based on defendant's inadequate or

/////

incomplete discovery responses, as well as without prejudice to plaintiff filing a motion for sanctions[1], brought separately or in conjunction with a motion to compel, based on defendant's failure to timely produce discovery responses pursuant to the court's January 13, 2014 order (Dkt. No. 67); and

      3. Plaintiff's motion to compel and/or for sanctions may be heard on shortened time and, if the parties cannot agree to a date for the hearing of plaintiff's motion to compel, plaintiff may file an ex parte request for an order shortening time.

Dated: April 18, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.civil\rodas0209.oah.041814

---

[1] Any motion for sanctions filed by plaintiff seeking compensation for attorney's fees should be supported by a statement identifying the reasonable rate charged by plaintiff's counsel and reasonable number of hours expended in plaintiff's efforts to obtain defendant's compliance with the court's January 13, 2014 order.